UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RODRICK RICHARDSON,**

    **Plaintiff,**

**v.**                                                       **Case No: 5:20-cv-413-GKS-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**ORDER**

    This case is before the Court on the Commissioner's unopposed second motion to stay the case for an additional ninety days to produce the certified transcript of the record necessary for this case. (Doc. 15). Due to the global COVID-19 crisis, the SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia has been forced to redesign its business practices to allow for a mostly virtual transcript preparation process. The OAO continues to experience a backlog due to the combination of increased new cases and difficulties transitioning to an electronic process.

    Upon due consideration, the Commissioner's unopposed second motion to stay (Doc. 15) is **GRANTED**. The Commissioner shall file an answer and the transcript of the record for this case within **90 days** of this Order. The Court will not grant a further stay in this case absent a showing specific to this case as to why the record cannot be produced.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on March 4, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties